DANIEL N. KATIBAH (293251)
 *dkatibah@nkllp.law*
JAMES C. NIELSEN (111889)
 *jnielsen@nkllp.law*
THOMAS H. NIENOW (136454)
 *tnienow@nkllp.law*
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Tel:  (415) 693-0900, Fax:  (415) 693-9674
  Attorneys for Defendant & Cross-Defendant
  UNITED NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, etc.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE TRAVELERS INDEMNITY COMPANY, et al.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00130-GW-PD<br><br>**NOTICE OF SETTLEMENT OF CROSSCLAIM FOR CONTRIBUTION** |
| THE TRAVELERS INDEMNITY COMPANY, et al.,<br><br>　　　　Counter-Claimants,<br><br>　v.<br><br>CITY OF LOS ANGELES, etc.,<br><br>　　　　Counter-Defendant. | |
| THE TRAVELERS INDEMNITY COMPANY, et al.,<br><br>　　　　Cross-Claimants,<br><br>　v.<br><br>UNITED NATIONAL INSURANCE COMPANY, et al.,<br><br>　　　　Cross-Defendants. | |

Cross-claimants The Travelers Indemnity Company and Travelers Casualty and Surety Company (collectively, "Travelers") have executed an agreement with cross-defendant United National Insurance Company ("United National) to settle the claim asserted by Travelers in its "Crossclaim for Contribution" (see Dkt. 19, ECF pp. 15-16) to recover defense costs that Travelers expended in defending claims against Wilmington Marine Service, Inc. in an underlying lawsuit, captioned *City of Los Angeles v. Wilmington Marine Service, Inc.*, Los Angeles Superior Court No. BC559959 (the "Underlying Lawsuit"). The settlement is without prejudice to either party's right to seek contribution or indemnity from the other, in connection with liability, if any, for the judgment entered in the Underlying Lawsuit.

November 1, 2022          NIELSEN KATIBAH LLP

                          By: ___/s/ *Daniel N. Katibah*___
                          Daniel N. Katibah
                          Attorneys for United Nat'l Ins. Co.

November 1, 2022          DAVIS WRIGHT TREMAINE LLP

                          By: ___/s/ *Everett W. Jack, Jr.*___
                          Everett W. Jack, Jr.
                          Attorneys for The Travelers Indemnity Co.
                          and Travelers Casualty and Surety Co.

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

November 1, 2022          By: ___/s/ *Daniel N. Katibah*___