JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, etc., <br>     Plaintiff, <br> v. <br> THE TRAVELERS INDEMNITY COMPANY, et al., <br>     Defendants. | Case No.: CV 22-130-GW-PDx <br><br> **JUDGMENT** |
| THE TRAVELERS INDEMNITY COMPANY, et al., <br>     Counter-Claimants, <br> v. <br> CITY OF LOS ANGELES, etc., <br>     Counter-Defendant. | |
| THE TRAVELERS INDEMNITY COMPANY, et al., <br>     Cross-Claimants, <br> v. <br> UNITED NATIONAL INSURANCE COMPANY, et al., <br>     Cross-Defendant. | |

## JUDGMENT

In accordance with the Court's November 2, 2022, Tentative Ruling (Docket No. 81) granting the motions for summary judgment of defendants The Travelers

Indemnity Company and Travelers Casualty and Surety Company (Docket No. 50) and United National Insurance Company (Docket No. 54), and the Court's November 7, 2022, minute order (Docket No. 83) Confirming Tentative Ruling and Granting Motions in Entirety, which rulings and orders are incorporated herein by reference:

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of (1) The Travelers Indemnity Company and Travelers Casualty and Surety Company (collectively, "Travelers") and (2) United National Insurance Company ("United National") against plaintiff the City of Los Angeles ("the City") in this lawsuit.

**IT IS ORDERED, ADJUDGED AND DECREED** that a declaratory judgment is hereby entered in favor of Travelers, and against the City, on Travelers' Counterclaim (Docket No. 19) that the Travelers' policies issued to Wilmington Marine Services, Inc. ("Wilmington") do not provide defense or indemnity coverage for the Judgment and/or any past, present or future costs for remediation of environmental contamination arising out of or relating to property Wilmington leased from the City.

**IT IS ORDERED AND ADJUDGED** that Travelers' Crossclaim for Contribution for defense costs against United National is dismissed with prejudice and without costs or disbursements to either Travelers or United National.

**IT IS FURTHER ORDERED AND ADJUDGED** that Travelers and United National are each entitled to recover costs from the City in accordance with Rule 54(d) of the Federal Rules of Civil Procedure.

Dated: November 14, 2022

_____
Hon. George H. Wu
United States District Judge